UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Faith Community Baptist Church
6887 SH 198
Mabank, TX 75156

(Enter above the full name of
plaintiff in this action)

CIVIL CASE NO: 3:24cv1109
(to be supplied by Clerk
of the District Court)

MJ BLOOM

v.

Department of Justice
~~955~~ 950 Pennsylvania
Washington DC 20530

(Enter above the full name of
the defendant(s) in this action)

RECEIVED
SCRANTON

JUL 05 2024

PER _____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff  __FCBC__  a citizen of the County of __Henderson__  State of __TX__ ~~Pennsylvania~~, residing at __6887 SH 198 Mabank TX 75156__

wishes to file a complaint under __Title 42 U.S.C § 1983__
(give Title No. etc.)

2. The defendant is __A Religious Organization__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) __DOJ Committed Treason & has Enslaved U.S.A. Citizens. Plaintiff incorporates by Reference Email Proving TREASON sent to FBI € 1/23; Facts set forth in TX v. Erin Dennis, TX v. Kym Mcree, TX v. Joy Willias  continued on back__

COUPON 1125
Pay to: District Clerk
Amount: $405.00 Four Hundred Five +0/100
For: Filing Fee
Title 18 U.S.C. §§ 8, 20(7)(10); Title 31 U.S.C § 3123
Proclamation 2039
 DOJ IS PURE EVIL
 DOJ CAN'T BE TRUSTED
Respectfully: Jay William, P.O. Box 2601 Athens, TX 75751
972-754-0976 Ajsecurity@gmail.com
6767 SH 198 Mabank TX 75156
FCBC 6887 ~~A~~ SH 198 Mabank TX 75156   Jay William  6/30/24

3. (CONTINUED) Tx v. Richard Brown, Tx v. Dallas Browning, Tx v. Amy Williams, Tx v. Does, D-1-GN-23-005013, Form 7B) submitted by Jay Williams; All criminal complaints submitted by Jay Williams, all complaints submitted by Jay Williams, Inmate Request/ grievances, & all other legal documents submitted by Jay Williams as if set forth here in full.
See back of previous page for payment

4. WHEREFORE, plaintiff prays that Religious Freedom is Enforced, Religious Beliefs are Protected, FAMILY IS FREED FROM SLAVERY, Ruputations are Restored/ Repaired, Invoices Paid, TX Constitution & U.S. Constitution are INVIOLATED, JUSTICE, JUSTICE, JUSTICE is Served/Administered.; & Further the Court odeems reasonable

(Signature of Plaintiff)

# INSTRUCTIONS FOR FILING A COMPLAINT IN FEDERAL COURT AS A PRO SE PARTY

To ensure that a Complaint is filed correctly and in a timely manner you must follow the steps listed below:

1) Complete the **COMPLAINT FORM** and a **CIVIL COVER SHEET - JS44 FORM**. A copy of the complaint forms and Civil Cover Sheet (JS44) forms are available at the Clerk's Office and available on the court's website www.pamd.uscourts.gov.

2) File the complaint and the civil cover sheet with the Clerk's Office by mailing or bringing it to one of the offices listed below.

3) A **FILING FEE** of $350.00 and an **ADMINISTRATIVE FEE** of $55.00 for a total of $405.00 must accompany a complaint when it is filed.

4) If you are unable to pay the filing fee you must petition the Court to Proceed In Forma Pauperis, by completing an Application to Proceed in District Court Without Prepaying Fees or Costs – **AO240 FORM**

5) Your complaint must be legibly handwritten or typewritten. Every PRO SE plaintiff listed on the complaint **MUST SIGN** the complaint. The plaintiff(s) ADDRESS and TELEPHONE NUMBER **MUST** be included with your signature. Please use 8 ½ x 11-inch paper format.

6) Your complaint can be brought in this court ONLY if one or more of the named defendants are located and/or if the incident occurred within one of the 33 counties within the MIDDLE DISTRICT. Further, it is necessary for you to file a separate Complaint for each claim that you have unless they are related to the same incident or issue.

7) When these forms are completed, either deliver them to one of the three offices listed below or mail them along with the filing fee or Form AO240 (described above):

*Attorney Client Privilege - Contact lawyers.*
*J.W. 6/30/24*



Roy Jay Williams 230216  DOJ IS PURE EVIL
P.O. Box 2601      DOJ CAN'T BE TRUSTED
Athens, TX 75751  TREASONOUS SNAKES MURDERERS TH TEXAS TX P&DC
                  AGG. KIDNAPPERS HUMAN TRAFFICKERS DALLAS TX 750
                  OF OUR CHILDREN SLAVERS TORTURERS  3 JUL 2024 PM 8 L
                  COMMUNISTS TERRORISTS COWARDS

ONLY 1 PERSON    EMBEZZLERS SLANDERERS NO JUSTICE
IN U.S.A.        FOR U.S.A. CITIZENS IN SLAVERY
HISTORY          NO JURISDICTION COURTS CLOSED INCOMMUNICADO
WHO CAN'T        BAIL PAID 100% STILL IN JAIL EVIDENCE DESTROYED
GET A            MORAL TURPITUDE LIFE SAFETY CODE VIOLATIONS
LAWYER           HOMELAND SECURITY COMPROMISED

RECEIVED
SCRANTON

JUL 05 2024

PER _____   District Clerk
    DEPUTY CLERK  215 N. Washington Ave.
                  Scranton, PA 18501